UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES SUBER,<br><br>                    Plaintiff,<br>     v.<br><br>SNOHOMISH COUNTY<br>CORRECTIONS BUREAU FOOD<br>SERVICES, et al.,<br><br>                    Defendants. | CASE NO. C18-0429JLR<br><br>ORDER ADOPTING REPORT<br>AND RECOMMENDATION |

## I. INTRODUCTION

Before the court is the Report and Recommendation of United States Magistrate Judge Mary Alice Theiler (R&R (Dkt. # 11)) and Plaintiff James Suber's objections thereto (Objections (Dkt. # 12)). Having reviewed those documents, the relevant portions of the record, and the governing law, the court ADOPTS the Report and Recommendation (Dkt. # 11) and DISMISSES Mr. Suber's complaint without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

ORDER - 1

## II. STANDARD OF REVIEW

A district court has jurisdiction to review a Magistrate Judge's report and recommendation on dispositive matters. Fed. R. Civ. P. 72(b). "The district judge must determine de novo any part of the magistrate judge's disposition that has been properly objected to." *Id.* "A judge of the court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). The court reviews de novo those portions of the report and recommendation to which a party makes a specific written objection. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc). "The statute makes it clear that the district judge must review the magistrate judge's findings and recommendations de novo if objection is made, but not otherwise." *Id.*

## III. DISCUSSION

The court has reviewed Mr. Suber's 42 U.S.C. § 1983 prisoner civil rights complaint (Compl. (Dkt. # 6)); his amended complaint (Am. Compl. (Dkt. # 10)); the Report and Recommendation (R&R); and Mr. Suber's objections to the Report and Recommendation (Objection). Mr. Suber's objections do not raise any novel issue that was not addressed by Magistrate Judge Theiler's Report and Recommendation. Moreover, the court has thoroughly examined the full record and finds Magistrate Judge Theiler's reasoning persuasive in light of that record. Accordingly, the court independently rejects the arguments that Mr. Suber makes in his objections for the same reasons that Magistrate Judge Theiler did.

//

# IV. CONCLUSION

For the foregoing reasons, the court ADOPTS the Report and Recommendation (Dkt. # 11) in its entirety. Mr. Suber's Section 1983 prisoner civil rights complaint is DISMISSED without prejudice under 28 U.S.C. § 1915(e)(2)(B)(ii). The court further DIRECTS the Clerk to send a copy of this order to the parties and to Magistrate Judge Theiler.

Dated this 27th day of July, 2018.

JAMES L. ROBART
United States District Judge